**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Maria Lerma Santos,

Plaintiff,

v.

City of Scottsdale, et al.,

Defendants.

No. CV-26-04252-PHX-MTL

**ORDER**

The Court having reviewed the parties' Second Stipulation re: Amendment of the Complaint and Responsive Pleading (Doc. 12), and finding good cause;

**IT IS ORDERED** that the parties' stipulation is **GRANTED**. Plaintiff may file a Third Amended Complaint no later than **Friday, September 11, 2026**.

**IT IS FURTHER ORDERED** that Defendants shall file a responsive pleading to the Third Amended Complaint no later than **September 25, 2026**.

Dated this 3rd day of September, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge